UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BEVERLY BENNETT,<br><br>            Plaintiff,<br><br>vs.<br><br>BSI FINANCIAL SERVICES, INC,<br><br>            Defendant. | CASE NO.: 2:15-cv-1159-APG-GWF<br><br>**ORDER DENYING ENTRY OF DEFAULT**<br><br>(Dkt. #9) |

On July 29, 2015, plaintiff Beverly Bennett filed a motion for entry of clerk's default. (Dkt. #9.) That same day, defendant BSI Financial Services, Inc. filed its Answer to the Complaint. (Dkt. #10.) Had BSI filed its Answer a few hours earlier, Bennett would not have been able to seek a default. Cases should be decided on their merits where practical. Thus, entry of default is not appropriate under these circumstances.

IT IS THEREFORE ORDERED that plaintiff's motion for entry of default **(Dkt. #9) is DENIED.**

Dated this 4th day of August, 2015.

_____
Andrew P. Gordon
United States District Judge

Page 1 of 1