MARK J. BOURASSA, ESQ.
Nevada Bar No. 7999
TRENT L. RICHARDS, ESQ.
Nevada Bar No. 11448
**THE BOURASSA LAW GROUP, LLC**
8668 Spring Mountain Rd., Suite 101
Las Vegas, Nevada 89117
Tel: (702) 851-2180
Fax: (702) 851-2189
Email: mbourassa@bourassalawgroup.com
       trichards@bourassalawgroup.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BEVERLY BENNETT, an individual,<br><br>                Plaintiff,<br><br>vs.<br><br>BSI FINANCIAL SERVICES, INC., a Pennsylvania corporation<br><br>                Defendant. | Case No.: 2:15-cv-01159-APG-GWF<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

   IT IS STIPULATED AND AGREED by and between the Plaintiff BEVERLY BENNETT by and through her Counsel of Record, THE BOURASSA LAW GROUP, LLC and Defendant BSI FINANCIAL SERVICES, INC., by and through its Counsel of Record, WRIGHT, FINLAY & ZAK, LLP, to dismiss any and all claims by and between Plaintiff Beverly Bennett and Defendant BSI Financial Services, Inc. with prejudice.

///

///

///

///

///

///

- 1 -

IT IS FURTHER STIPULATED AND AGREED that each party will bear their own attorney's fees and costs.

DATED this 2nd of November, 2015.

**THE BOURASSA LAW GROUP, LLC**

_____
MARK J. BOURASSA, ESQ.
Nevada State Bar No. 7999
TRENT L. RICHARDS, ESQ.
Nevada Bar No. 11448
8668 Spring Mountain Road, Suite 101
Las Vegas NV 89117
Tele: (702) 851-2180
Fax: (702) 851-2189
*Attorneys for Plaintiff*

DATED this 28 of October, 2015.

**WRIGHT, FINLAY & ZAK, LLP**

_____
DANA JONATHON NITZ, ESQ.
Nevada State Bar No. 0050
PATERNO C. JURANI, ESQ.
Nevada Bar No. 8136
7785 W Sahara Ave, Suite 200
Las Vegas NV 89117
Tele: (702) 475-7964
Fax: (702) 946-1345
*Attorneys for Defendant*

## ORDER

IT IS HEREBY ORDERED that all claims by Plaintiff are hereby dismissed as to Defendant BSI FINANCIAL SERVICES, INC. with prejudice and each party will bear their own attorney's fees and costs.

_____
UNITED STATES DISTRICT JUDGE
DATED: November 5, 2015